NANCY SMITH, Respondent, *v.* MRS. WILLARD FELT et al., Appellants.

(Submitted May 22, 1872; decided September term, 1872.)

DECIDED upon the facts in the case.

*John E. Burrill* for the appellants.

*Richard H. Clarke* for the respondent.

LOTT, Ch. C., reads for affirmance.
All concur.
Judgment affirmed.